**1/28/2015**                                                             **COA No. 10-13-00109-CR**
**MCGRUDER, MICHAEL ANTHONY    Tr. Ct. No. 11-05822-CRF-85    PD-1263-14**
On this day, the Appellant's petition for discretionary review has been granted. The original and ten copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

DISTRICT CLERK BRAZOS COUNTY
MARK HAMLIN
300 E. 26TH STREET, SUITE 216
BRYAN, TX  77803
* DELIVERED VIA E-MAIL *

**1/28/2015**                                        **COA No. 10-13-00109-CR**
**MCGRUDER, MICHAEL ANTHONY   Tr. Ct. No. 11-05822-CRF-85   PD-1263-14**
On this day, the Appellant's petition for discretionary review has been granted. The original and ten copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

MARY JO HOLLOWAY
ATTORNEY AT LAW
10222 OLD STAGECOACH
CHAPPELL HILL, TX  77426
* DELIVERED VIA E-MAIL *

**1/28/2015**                                        **COA No. 10-13-00109-CR**
**MCGRUDER, MICHAEL ANTHONY   Tr. Ct. No. 11-05822-CRF-85   PD-1263-14**
On this day, the Appellant's petition for discretionary review has been granted. The original and ten copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

10TH COURT OF APPEALS  CLERK
MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVE., RM 415
WACO, TX  76701
* DELIVERED VIA E-MAIL *

**1/28/2015**                                                                                          **COA No. 10-13-00109-CR**
**MCGRUDER, MICHAEL ANTHONY    Tr. Ct. No. 11-05822-CRF-85    PD-1263-14**
On this day, the Appellant's petition for discretionary review has been granted. The original and ten copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

DISTRICT ATTORNEY  BRAZOS COUNTY
JARVIS PARSONS
300 E 26TH SUITE 310
BRYAN, TX  77803
* DELIVERED VIA E-MAIL *